NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION

---

**EURAND, INC., CEPHALON, INC., AND ANESTA AG,**
*Plaintiffs-Appellants,*

v.

**ANCHEN PHARMACEUTICALS, INC. AND ANCHEN, INC.**
*Defendants-Appellees.*

---

2011-1408, -1410, -1411, -1412

---

Appeals from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

---

ON MOTION

---

ORDER

The appellants move for a 14-day extension of time, until August 18, 2011, to file their response to Anchen

Pharmaceuticals, Inc. and Anchen, Inc.'s motion to dismiss. Anchen Pharmaceuticals, Inc., et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 29 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William J. Marsden, Jr., Esq.
Donald J. Mizerk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 29 2011

JAN HORBALY
CLERK